FILED
2016 Feb-03 PM 01:43
U.S. DISTRICT COURT
N.D. OF ALABAMA



eneral Complaint Form for Pro Se Litigants

FILED
2016 FEB -3  A 11: 07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

EMMA GERALD

CV-16-K-0202-W

_____
(Enter above the full names(s) of the plaintiff(s) in this action.)

vs.

RICHARD GRIFFIN

_____
(Enter above the full name(s) of the defendant(s) in this action.)

1. At all times hereinafter mentioned, plaintiff was and still is a resident of _____ Aliceville Prison Satilite Camp, Aliceville, AL 35442. Plaintiff resides at 16277 Coram ST. Detroit, Mich 48205.

2. Defendant Richard Griffin is a corporation incorporated under the laws of Federal Government and has a main office at Aliceville Prison FCI and is licensed to do business in Aliceville, AL 35442. Defendant's official business address is P.O. Box 487, Aliceville, AL 35442.

)R

Defendant  Aliceville Prison, Aliceville, AL 35442

is a United States government agency.

OR

Defendant _____

is a state agency.

OR

Defendant _____ is a resident of

_____. Defendant resides at _____

_____.

3.  The jurisdiction of this court is invoked pursuant to _____

_____. (List statutes.)

4.  Statement of Claim

State here, as briefly as possible the FACTS of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Medical Dept knew that I was a kidney patient with history of heart disease, eye problems and some liver disorder. Was not given glasses, was not seen by a kidney doctor and not treated for body pain.

2

5. Relief

State briefly exactly what you want the court to do for you. Do not make legal arguments.

To pay for the lost of my health as related to not being treated, kidney failure, loss of eyesight and refusal to be given glasses. Treatment of physical problems.

_____
Jan 17, 2016
Date

(313) 978-1114
Telephone Number

_____
FAX Number (If Available)

Emma J. Gray
Signature of Plaintiff

Emma J. Gray
Name (Please Print)

16277 Coram St.
Street Address

Detroit, Mich 48223
City, State                Zip Code

3

NOTE:  Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit.  Failure to do so is grounds for dismissal of the case.

## OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below.  Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

NOTE: Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION for plaintiffs who pay the filing fee.

_____
Signature of Plaintiff

Dated: Jan 17, 2016

7/14/06